Argued January 17, affirmed January 30, 1978

## STATE OF OREGON, *Respondent,*
### *v.*
## RAY HUGH LAWRENCE, *Appellant.*
### (No. 37946, CA 9202)
573 P2d 777

James A. Hearn, Newport, argued the cause and filed the brief for appellant.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson, and Joseph, Judges.

PER CURIAM.

Affirmed. ORS 138.050; *State v. Burchett,* 26 Or App 637, 553 P2d 1074 (1976); *State v. James,* 3 Or App 539, 474 P2d 779, *rev den* (1970).